UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS WARD,

        Plaintiff,        Case Number: 16-cv-13048
                                         HONORABLE AVERN COHN

v.

SANDERS, ET AL.,

        Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This is a prisoner civil rights complaint under 42 U.S.C. § 1983. Plaintiff is proceeding pro se. At the time he filed the complaint on August 17, 2016, plaintiff did not pay the filing fee for a civil action, $400, or file the required papers to proceed without pre-payment of the filing fee (*in forma pauperis*) under 28 U.S.C. § 1915(a)(2). Accordingly, on September 26, 2016, the Court issued an Order to Correct Deficiency which required that plaintiff submit the filing fee or to file the necessary papers to proceed *in forma pauperis* within 30 days. (Doc. 2). The order also provided that if Ward did not correct the deficiency, the complaint would be dismissed. Id.

To date, plaintiff has not corrected the deficiency by paying the filing fee or submitting an application to proceed without pre-payment of the filing fee and the time for doing so has lapsed.

Accordingly, the complaint is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                          S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: November 23, 2016
       Detroit, Michigan