UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS WARD,

        Plaintiff,          Case Number: 16-cv-13048
                                                      HONORABLE AVERN COHN

v.

SANDERS, ET AL.,

        Defendants.
_____/

## MEMORANDUM REGARDING PLAINTIFF'S FILINGS (Docs. 4, 5)

This is a pro se prisoner civil rights complaint under 42 U.S.C. § 1983 which is closed. When plaintiff filed the complaint on August 17, 2016, he did not pay the filing fee for a civil action, $400, or file the required papers to proceed without pre-payment of the filing fee (*in forma pauperis*) under 28 U.S.C. § 1915(a)(2). Accordingly, on September 26, 2016, the Court issued an Order to Correct Deficiency which required that plaintiff submit the filing fee or to file the necessary papers to proceed without pre-payment of the filing fee within 30 days. (Doc. 2). The order also provided that if plaintiff did not correct the deficiency, the complaint would be dismissed. Id. Plaintiff did not correct the deficiency by paying the filing fee or submitting an application to proceed without pre-payment of the filing fee. Accordingly, the Court dismissed the complaint without prejudice on November 23, 2016. (Doc. 3).

Recently, plaintiff has sent papers to the Court which have been docketed as a "letter" and "statement of issues." (Docs. 4, 5). These papers appear to be grievance forms. To the extent plaintiff wishes to challenge any grievance, he must file a new complaint after he has exhausted his prison remedies with regard to the grievance. No further papers should be filed in this closed case.

                                                                   Avern Cohn
                                                                   AVERN COHN
                                                                   UNITED STATES DISTRICT JUDGE

Dated: January 20, 2017
       Detroit, Michigan